# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| TRAVIS LAVOY JENKINS, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:18-cv-136 |
| v. | * | |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 14. Petitioner Travis Jenkins ("Jenkins") filed Objections. Dkt. No. 16. In his Objections, Jenkins reasserts his disagreement with the District Court for the Eastern District of North Carolina having transferred his 28 U.S.C. § 2241 Petition to this Court. Jenkins contends his Petition should be heard in the Eastern District of North Carolina. Id. at pp. 2-4.

Nothing in Jenkins's Objections challenges the Magistrate Judge's analysis and recommended disposition in this case. What Jenkins fails to do via his Objections is either move to proceed in forma pauperis in this Court or otherwise adequately respond

to the Magistrate Judge's conclusion that Jenkins failed to follow this Court's directive. Id.; Dkt. No. 14, pp. 2-4. Nor has Jenkins paid the requisite $5.00 filing fee in this Court. If, as Jenkins posits, this Court lacks jurisdiction to entertain his Petition, he has no genuine argument with this Court's dismissal of his Petition without prejudice.

Thus, the Court **OVERRULES** Jenkins's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Jenkins's § 2241 Petition based on his failure to follow this Court's directive, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Jenkins in forma pauperis status on appeal.

**SO ORDERED**, this 26 day of Anv. , 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)